IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GSD CONSTRUCTION SERVICES, )
LLC, as assignee for Kenneth I. )
Linge and Helen MacFarlane, )
                            )
     Plaintiff, )
                            )
v. )  Case No.:
                            )
FEDERAL INSURANCE COMPANY, )
                            )
     Defendant. )

## NOTICE OF REMOVAL OF DEFENDANT FEDERAL INSURANCE COMPANY

Defendant Federal Insurance Company ("Federal"), within the time prescribed by law and pursuant to 28 U.S.C. § 1441, files this notice of removal, respectfully showing the Court as follows:

1.

Plaintiff GSD Construction Services, LLC, as assignee for Kenneth I. Linge and Helen MacFarlane, ("GSD") has filed a complaint against Federal in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, which county is within the United States District Court for the Middle District of Florida and the Orlando Division of this Court. The lawsuit is styled as above and is numbered as case no. 2019-CA-8028a.

2.

GSD commenced this action on June 30, 2019, by filing a complaint in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. Federal learned of the lawsuit from GSD's counsel on July 2, 2019. Federal has not yet been served with the summons and complaint.

3.

This notice of removal is being filed within thirty (30) days of Federal's receipt of GSD's complaint.

4.

Attached to this notice of removal as Exhibit "1" are true and correct copies of GSD's complaint and all process, pleadings, and orders obtained by Federal in this case, as required by 28 U.S.C. § 1446(a).

5.

The only count of GSD's complaint is for breach of contract against Federal. (Ex. 1: Complaint). The complaint states that GSD seeks damages in excess of $15,000.00, but does not provide an exact amount of damages sought. (*Id.*, ¶ 1).

6.

Federal was provided with an estimate prepared by GSD to repair the

claimed damages to the home of Kenneth I. Linge and Helen MacFarlane, located at 12856 Butler Bay Court, Windermere, Florida 34786, that occurred on or about September 20, 2017, in the total amount of $228,689.40. A true and correct copy of the estimate prepared by GSD and dated May 22, 2019 is attached as Exhibit "2." This estimate establishes that the damages claimed by GSD in this lawsuit exceed the sum or value of $75,000.00, exclusive of interest and costs, and therefore, the amount in controversy satisfies the jurisdictional prerequisite of 28 U.S.C. § 1332(a).

7.

GSD is a limited liability company organized and existing under the laws of the State of Illinois, with its principal place of business located in Crystal Lake, Illinois (McHenry County).

8.

Upon information and belief, Joseph Piagentini is a member of GSD. Also upon information and belief, Piagentini is a citizen and resident of the State of Illinois.

9.

Upon information and belief, Bill Havre is a member of GSD. Also upon information and belief, Havre is a citizen and resident of the State of Florida.

10.

Federal is a corporation organized and existing under the laws of the State of Indiana, with its principal place of business located in New Jersey (Hunterdon County).

11.

There is complete diversity of citizenship between GSD and Federal in this action.

12.

Because the amount in controversy in this lawsuit exceeds the sum or value of $75,000.00, exclusive of interest and costs, and there is complete diversity of citizenship between GSD and Federal, this case is subject to the original jurisdiction of this Court under 28 U.S.C. § 1332, and may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

13.

Federal has given written notice of the filing of this notice of removal to GSD by mailing a copy of this notice to its attorney of record – Scott A. Mager, Mager Paruas, LLC, 2719 Hollywood Blvd., First Floor, Hollywood, Florida 33020.

14.

In accordance with 28 U.S.C. § 1446(a), Florida will provide written notice of the filing of this notice of removal to Tiffany Moore Russell, Orange County Clerk of Courts, and serve copies upon all adverse parties.

WHEREFORE, defendant Federal Insurance Company respectfully prays that the above-captioned lawsuit be removed to the United States District Court for the Middle District of Florida, Orlando Division.

Respectfully submitted this 31st day of July, 2019.

*/s/ J. Richard Young*
J. RICHARD YOUNG
Florida Bar No. 0563250
MOZLEY, FINLAYSON & LOGGINS LLP
4767 New Broad Street
Orlando, Florida 32814
Tel: (407) 514-2765 Ext. 2317
Fax: (404) 250-9355
ryoung@mfllaw.com

- 5 -

*Attorney for Defendant Federal Insurance Company*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GSD CONSTRUCTION SERVICES,  )
LLC, as assignee for Kenneth I.      )
Linge & Helen MacFarlane.            )
                                                     )
       Plaintiff,                        )
                                                     )
v.                                                  )  Case No.:
                                                     )
FEDERAL INSURANCE COMPANY, )
                                                     )
       Defendant.                     )

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF REMOVAL OF DEFENDANT FEDERAL INSRUANCE COMPANY** using the Court's CM/ECF System and served a true and correct copy of same via U.S. Mail, postage prepaid, and electronic mail to the following counsel of record:

Scott A. Mager, Esq.
Mager Paruas, LLC
2719 Hollywood Blvd., First Floor
Hollywood, Florida 33020
Service@MPJustice.com
*Attorney for Plaintiff GSD Construction Services, LLC*

This 31st day of July, 2019.

_/s/ J. Richard Young_
J. RICHARD YOUNG
Florida Bar No. 0563250